07 CV 2936

Paul P. Rooney (PR-0333)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400

Attorneys for Defendant
Bosch Rexroth Corporation

JUDGE CASTEL

RECEIVED
APR 12 2007
U.S.D.C. S.D.N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRODUCTION RESOURCE GROUP LLC        : 07 Civ. _____
                                     :
                    Plaintiff,       :
                                     :
        - against -                  : **RULE 7.1 STATEMENT**
                                     : **OF DEFENDANT**
BOSCH REXROTH CORPORATION            : **BOSCH REXROTH CORPORATION**
                                     :
                    Defendant.       :
                                     :
-----------------------------------------------------------X

Defendant Bosch Rexroth Corporation makes the following disclosure under Fed. R. Civ. P. 7.1: Bosch Rexroth Corporation is not publicly held. It has no corporate parent, subsidiaries, direct affiliates or other such interests that are publicly held.

Dated:   New York, New York
         April 12, 2007

Respectfully submitted,

REED SMITH LLP

By: _____
    Paul P. Rooney (PR-0333)
599 Lexington Avenue
28th Floor
New York, New York  10022
(212) 521-5435

Attorneys for Defendant
Bosch Rexroth Corporation

NYLIB-424872.1-PPROONEY 4/11/07 6:18 PM

## CERTIFICATE OF SERVICE

I, Paul P. Rooney, Esq., hereby certify that on April 12, 2007 I caused the annexed RULE 7.1 STATEMENT OF DEFENDANT BOSCH REXROTH CORPORATION to be served upon Plaintiff via United States Mail – First Class by causing an envelope containing said papers with sufficient postage to effect delivery to be deposited in an official depository addressed as follows:

>Neil G. Marantz, Esq.
>Atlas & Marantz LLP
>143 Madison Avenue
>New York, NY 10016

_____
Paul P. Rooney