UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
                                                          :

PRODUCTION RESOURCE GROUP L.L.C.,        Index No. 07 CV 2936 (PKC)

                           Plaintiff,

      - against -

BOSCH REXROTH CORPORATION,        **Rule 7.1 Statement**

                         Defendant.

-----------------------------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff PRODUCTION RESOURCE GROUP L.L.C. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

Date: June 11, 2007

                                                    Neil G. Marantz, Esq. NM 8864
                                                    Counsel for Plaintiff
                                                    Production Resource Group L.L.C.
                                                    Atlas & Marantz LLP
                                                    143 Madison Avenue
                                                    New York, NY 10016
                                                    212.213.9666 Telephone
                                                    212.213.9896 Facsimile