


**MEMO ENDORSED**

Paul P. Rooney (PR-0333)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400

Attorneys for Defendant
Bosch Rexroth Corporation

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
PRODUCTION RESOURCE GROUP LLC         :   07 CV 2936 (PKC)
                                       :
                    Plaintiff,         :
                                       :
         - against -                   :   **DEFENDANT'S**
                                       :   **NOTICE OF MOTION TO**
BOSCH REXROTH CORPORATION              :   **ADMIT ARND N. VON WALDOW**
                                       :   ***PRO HAC VICE***
                    Defendant.         :
                                       :
-------------------------------------------------------------X

**PLEASE TAKE NOTICE** that on August 16, 2007 at 9:30 a.m. upon the

annexed Declaration of Paul P. Rooney, dated August 1, 2007, Declaration of Arnd n. von

Waldow, dated July 30, 2007, and the exhibits annexed thereto, the undersigned will move this

Court at 500 Pearl Street, New York, New York for an order, under Local Rule 1.3(c) of the

Local Civil Rules for the United States District Court for the Southern District of New York,

*Granted, subject to fee.*

*SO ORDERED*

*[signature]*
*USDJ*
*8-2-07*

admitting Anrd N. von Waldow to the bar of this Court *pro hac vice* for all purposes as counsel for defendant Bosch Rexroth Corporation.

                                         Respectfully submitted,

                                         REED SMITH LLP

                                         By: _____
                                             Paul P. Rooney
                                         599 Lexington Avenue
                                         New York, New York  10022
                                         (212) 521-5435

                                         Attorneys for Defendant
                                           Bosch Rexroth Corporation

Dated: August 1, 2007
       New York, New York