ORIGINAL

SCANNED

Paul P. Rooney (PR-0333)
REED SMITH LLP
599 Lexington Avenue, 28th Floor
New York, New York 10022
(212) 521-5400

Attorneys for Defendant
Bosch Rexroth Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PRODUCTION RESOURCE GROUP LLC : 07 CV 2936 (PKC)
:
Plaintiff, :
:
- against - : DEFENDANT'S
: NOTICE OF MOTION TO
BOSCH REXROTH CORPORATION : ADMIT ARND N. VON WALDOW
: *PRO HAC VICE*
Defendant. :
:
-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that on August 16, 2007 at 9:30 a.m. upon the annexed Declaration of Paul P. Rooney, dated August 1, 2007, Declaration of Arnd n. von Waldow, dated July 30, 2007, and the exhibits annexed thereto, the undersigned will move this Court at 500 Pearl Street, New York, New York for an order, under Local Rule 1.3(c) of the Local Civil Rules for the United States District Court for the Southern District of New York,

MEMO ENDORSED

Application granted subject to payment of fee.
SO ORDERED.
[signature] USDJ
8-15-07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/15/07

NYLIB-444076.1-PPROONEY 8/1/07 9:28 AM