# ReedSmith

Neil S. Rosolinsky
Direct Phone: +1 212 549 0391
Email: NRosolinsky@ReedSmith.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

# MEMO ENDORSED

December 18, 2007



RECEIVED
DEC 19 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

BY HAND DELIVERY

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 2260
New York, New York 10007

Re: *Production Resource Group, LLC v. Bosch Rexroth Corp.*
Case No. 07 Civ. 2936 (PKC)

Dear Judge Castel:

We represent Bosch Rexroth Corp. ("BRC") in the above-referenced action. I write with respect to the case management conference currently scheduled to be held before the Court on December 27, 2007 at 10:00 a.m. While I will be in attendance at the conference, Arnd N. von Waldo, Esq., the partner in charge on this matter and the person with the most knowledge of this matter with respect to BRC, who is a resident of our Pittsburgh office, will not be able to fly in for the conference. Accordingly, it is respectfully requested that Mr. von Waldow be permitted to appear via telephone.

Respectfully submitted,

*/s/ Neil S. Rosolinsky*
Neil S. Rosolinsky

NSR:am

cc: Neil G. Marantz, Esq. (By Fax: 212-213-9896)
    Arnd N. von Waldow, Esq. (By e-mail)

*Application granted. So Ordered.*
*/s/ P. Kevin Castel U.S.D.J. 12-19-07*

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-465982.1-NROSOLIN-259480-60003 12/18/07 2:02 PM