Neil S. Rosolinsky (NR 1869)
REED SMITH LLP
599 Lexington Avenue, 29th Floor
New York, New York 10022
(212) 549-0391

Attorneys for Defendant
Bosch Rexroth Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
PRODUCTION RESOURCE GROUP, INC. :  07 Civ. 2936 (PKC)
:
               Plaintiff, :
v. : ECF Filed
:
BOSCH REXROTH CORP., :
:
               Defendant. :
:
------------------------------------------------------X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Neil S. Rosolinsky, Esq., an attorney duly admitted to practice before this Court, hereby appears on behalf of Defendant Bosch Rexroth Corporation in the above-captioned action in place of Paul P. Rooney, Esq., who is no longer with Reed Smith LLP, counsel for Bosch Rexroth Corporation.

PLEASE TAKE FURTHER NOTICE that all notices sent in this case, and all papers filed in this case, should be served on the undersigned as follows:

    Neil S. Rosolinsky, Esq.
    REED SMITH LLP
    599 Lexington Avenue, 29th Floor
    New York, New York 10022
    Email: nrosolinsky@reedsmith.com
    Phone: (212) 549-0391
    Fax:   (212) 521-5450

- 2 -

Dated: December 20, 2007

          REED SMITH LLP

          By: Neil S. Rosolinsky (NR-1869)
          Email: nrosolinsky@reedsmith.com
          599 Lexington Avenue
          Phone:    (212) 549-0391
          Facsimile: (212) 521-5450

*Attorney for Defendant*
*Bosch Rexroth Corporation*