**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07

**ATLAS & MARANTZ LLP**

ATTORNEYS AT LAW

(212) 213-9666
FAX (212) 213-9896

143 MADISON AVENUE
NEW YORK CITY 10016

WWW.ATLASMARANTZ.COM

December 20, 2007

Conference adjourned from December 27 to Jan 8, 2008 at 10:15am
SO ORDERED
/s/ P. Kevin Castel USDJ
12-21-07

VIA FACSIMILE -- (212) 805-7949

Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Production Resource Group L.L.C. v. Bosch Rexroth Corp.
07 CV 2936 (PKC)

Dear Judge Castel:

This firm is counsel to Production Resource Group L.L.C., the Plaintiff in the above matter. We write to request an adjournment of the case management conference currently scheduled for Wednesday December 27, 2007 at 10:00 a.m. Neil G. Marantz, the partner in charge of this matter for Plaintiff, will be out of town. We have learned that Arnd N. von Waldow, the partner in charge of the matter for the Defendant, will also be out of town on that date and that yesterday the Court granted him permission to participate in the conference by telephone upon reviewing his letter application. Such letter application was made without any discussion between counsel and it appears that a joint application for an adjournment would have been a more practical approach.

I called Neil Rosolinsky, Esq., who is in essence local counsel for the Defendant; he advised that he could not consent to the adjournment and that he was unable to reach Mr. von Waldow, who is currently out of the country.

We would very much appreciate the Court's accommodation of our schedule given the holidays and request only a brief adjournment until sometime in January, naturally at the court's convenience.

Respectfully submitted,

Michele V. Ficarra

NGM:hbs
cc: Neil Rosolinsky, Esq. by fax (212) 521-5450

TOTAL P.02