# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

Neil S. Rosolinsky
Direct Phone: +1 212 549 0391
Email: NRosolinsky@ReedSmith.com

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08
```

**MEMO ENDORSED**

December 31, 2007

*[Handwritten endorsement: Conference adjourned to Jan 11, 2008 at 9:45 a.m. Mr. Von Waldow is expected to appear in person on behalf of [illegible]. [Signed] 1-2-08]*

BY FAX (212) 805-7949

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 2260
New York, New York 10007

Re: *Production Resource Group, LLC v. Bosch Rexroth Corp.*
Case No. 07 Civ. 2936 (PKC)

Dear Judge Castel:

We represent Defendant Bosch Rexroth Corp. ("BRC") in the above-referenced action. I write to respectfully request that the conference currently scheduled for January 8, 2008 at 10:15 a.m. in the above-referenced action be rescheduled for the morning of January 11, 2008, or alternatively, to the morning of January 10, 2008 if that would be more convenient for the Court.

This conference was scheduled by the Court for January 8 in response to an adjournment request from Plaintiff (Plaintiff asked that the conference originally scheduled for December 27, 2007 be adjourned to an unspecified date in early January). Unfortunately, Arnd von Waldow, Esq., the lead attorney for BRC, will be en route to Germany on January 8 so he will be unavailable on that date and I have a previously scheduled conference on the morning of January 8. Mr. von Waldow would be available to call in from Germany on the morning of January 10 or January 11, preferably January 11. I would be available to attend on January 11 as well. I have consulted with Plaintiff's counsel, Neil G. Marantz, Esq., who consents to our request and is available on both mornings.

Accordingly, we respectfully request that the conference currently scheduled for the morning of January 8 be adjourned to the morning of January 11, or alternatively the morning of January 10.

We thank the Court for its consideration of this request.

Respectfully submitted,

Neil S. Rosolinsky

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-467693.1-NROSOLIN-259480-60003 12/31/07 10:22 AM