# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

**Neil S. Rosolinsky**
Direct Phone: +1 212 549 0391
Email: NRosolinsky@ReedSmith.com

## MEMO ENDORSED

January 3, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/3/08
```

BY FAX (212) 805-7949

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 2260
New York, New York 10007

Re:   *Production Resource Group, LLC v. Bosch Rexroth Corp.*
      Case No. 07 Civ. 2936 (PKC)

Dear Judge Castel:

    We represent Defendant Bosch Rexroth Corp. ("BRC") in the above-referenced action. I write with regard to the Court's January 2, 2008 order in which the Court scheduled a conference in this matter for January 10 and directed that Arnd von Waldow, lead counsel for BRC, appear in person. As indicated in my letter dated December 31, 2007, Mr. von Waldow will be in Germany on January 10, but would be available to appear by phone that morning, a request previously granted by the Court with respect to the original conference date of December 27, 2007.

    Currently, the primary issue in this litigation is Plaintiff, PRG's, failure to sign the attached stipulation of dismissal consummating the parties' prior agreement to mediate. In accordance with the Court's instructions, the parties (including "in-house business people/decision makers" and counsel for both sides) met in New York City on August 2, 2007 to attempt to amicably resolve this matter. The upshot of this lengthy meeting was an agreement to mediate this case with a private mediator. After this meeting, the said stipulation was sent to PRG to allow the mediation process to begin. To date, however, PRG has refused to sign this stipulation and enter into the agreed to mediation procedure, despite BRC's many requests that it promptly do so. No explanation has been provided by PRG. Accordingly, BRC will ask the Court to order PRG to perform its agreement to mediate. We believe this issue can be readily and quickly resolved with Mr. von Waldow participating in the conference by telephone on January 10 and with me appearing in person. Thus, we respectfully request that the Court revise its January 2, 2008 order to allow for Mr. von Waldow to appear by telephone on January 10.

    If the Court determines that Mr. von Waldow's presence is necessary, Mr. von Waldow will be in the United States, and available to fly to New York from his office in Pittsburgh, for a conference in the late morning or early afternoon of January 23 or January 24.

    Accordingly, it is respectfully requested that Mr. von Waldow be permitted to appear by telephone at the conference currently scheduled for January 10 at 9:45 a.m., or alternatively, if the Court requires Mr. von Waldow's personal appearance, that the conference be adjourned to late morning or

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-467953.1NYLIB-467942.1-NROSOLIN-259480-60003 1/3/08 12:31 PM

Hon. P. Kevin Castel
January 3, 2008
Page 2

**ReedSmith**

early afternoon of January 23 or 24 when Mr. von Waldow will be back in the United States and available to fly to New York.

We thank the Court for its consideration of this request.

Respectfully submitted,

Neil S. Rosolinsky

NSR:am

cc: Neil G. Marantz, Esq. (By Fax: 212-213-9896)
Arnd N. von Waldow, Esq. (By e-mail)

*I want Mr. von Waldow present. Conference scheduled for Jan 24 at 1:45 pm. Parties are directed to meet and confer on resolution of this unseemly issue in advance of the Jan 24 conference. SO ORDERED*

USDJ
1-3-08

NYLIB-467953.1