# ReedSmith

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
+1 412 288 3131
Fax +1 412. 288 3063

**Arnd von Waldow**
Direct Phone: +1 412 288.7242
Email: avonwaldow@ReedSmith.com

## MEMO ENDORSED

January 23, 2008

### VIA FACSIMILE 212-805-7949

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 2260
New York, New York 10007

Re: *Production Resource Group, LLC v. Bosch Rexroth Corp.*
Case No. 07 Civ. 2936 (PKC)

Dear Judge Castel:

As the Court is undoubtedly aware, Production Resource Group, LLC has now requested for a second time to reschedule the Court's case management conference. Bosch Rexroth Corp. opposes this request and asks that the conference proceed tomorrow as currently scheduled. Indeed, both trial counsel and a corporate representative from Bosch Rexroth Corp. have purchased airline tickets to attend and participate in tomorrow's conference. To accommodate this date, both were forced to make several scheduling accommodations. Rescheduling, for a second time, at this late hour would impose an unreasonable burden upon Bosch Rexroth Corp. and its trial counsel.

Respectfully submitted,

Arnd von Waldow
Arnd von Waldow

NSR:am

cc: Louis M. Atlas, Esq. (By Fax: 212-213-9896)

[Handwritten endorsement:]
(The January 10 conference was adjourned so Mr. von Waldow could be physically present.)

Mr. von Waldow who was not able to be physically present at the January 10 conference because he was in Europe, now writes to me to object to an adjournment of the conference because lead counsel for defendant has become ill. Is this what I can expect for the life of this case? The initial conference is adjourned from January 24 to February 11, 2008 at 9:30 a.m.

SO ORDERED
[signature]
1-23-08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-470630.1