# ReedSmith

**Arnd von Waldow**
Direct Phone: +1 412 288.7242
Email: avonwaldow@ReedSmith.com

Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219
+1 412 288 3131
Fax +1 412. 288 3063

**MEMO ENDORSED**

January 23, 2008

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/24/08

**VIA FACSIMILE 212-805-7949**

Hon. P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 2260
New York, New York 10007

Re: *Production Resource Group, LLC v. Bosch Rexroth Corp.*
Case No. 07 Civ. 2936 (PKC)

Dear Judge Castel:

It has come to our attention that the Court has granted Production Resource Group, LLC's ("PRG") request to adjourn tomorrow's conference and has rejected Bosch Rexroth Corp.'s ("BRC") opposition to PRG's Request. We also understand that the conference is now scheduled for February 11, 2008 at 9:30 a.m. For the reasons set forth below, BRC now writes to respectfully request that the conference be moved to 11:30 a.m. or later on February 11 or some other date so that we can travel to and from New York for the conference in a single day, or alternatively that we be permitted to appear via telephone.

A corporate representative of BRC and I have twice made ourselves available for a conference before the Court and have scheduled it so that no overnight stay would be required in order to minimize the cost to BRC. But for PRG twice postponing the conference, and the Court overruling our objections, this would have been achieved. BRC respectfully submits that it did not cause the scheduling problems in this case and it should not have to bear the inconvenience, burden and additional cost of them. Thus, we respectfully request that the conference be set for some date when the Court has availability at 11:30 a.m. or after, or that the Court allow BRC's trial counsel and corporate representative to appear by telephone on February 11 at 9:30 a.m.

Respectfully submitted,

Arnd von Waldow

cc: Louis M. Atlas, Esq. (By Fax: 212-213-9896)

*Handwritten endorsement:* I will be on trial and cannot accommodate the 11:30 am request. I am, however, most eager for Mr. von Waldow to be present. I will see the parties over the lunch break at 1:45 pm on Feb 11.
SO ORDERED.
[signature] USDJ 1-24-08

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-470630.1