UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRODUCTION RESOURCE GROUP L.L.C.,
        Plaintiff                       Index No. 07 CV 2936 (PKC)

- against-

BOSCH REXROTH CORPORATION,
        Defendant.                   **MOTION TO ADMIT COUNSEL**
                                          **PRO HAC VICE**
------------------------------------------------------------x

       Pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Neil S. Rosolinsky, a member in good standing of the bar of this Court, hereby move, upon the attached Declaration of Neil S. Rosolinsky and the exhibits annexed thereto, for an Order allowing the admission pro hac vice of

| | |
|---|---|
| Applicant's Name: | Timothy J. Cornetti |
| Firm Name: | Reed Smith LLP |
| Address: | 435 Sixth Avenue |
| City/State/Zip: | Pittsburgh, PA  15219 |
| Phone Number: | (412) 288-3169 |
| Fax Number: | (412) 288-3063 |

- 2 -

Timothy J. Cornetti is a member in good standing of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Timothy J. Cornetti in any State or Federal Court.

Respectfully submitted,

_____
Neil S. Rosolinsky (NR 1869)

REED SMITH LLP
599 Lexington Avenue
New York, NY  10022
Telephone:  (212) 549-0391
Fax:  (212) 521-5400

Dated: February 28, 2008
New York, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PRODUCTION RESOURCE GROUP L.L.C.,
        Plaintiff

- against-

BOSCH REXROTH CORPORATION,

        Defendant.
----------------------------------------------------------x

Index No. 07 CV 2936 (PKC)

DECLARATION OF NEIL S. ROSOLINSKY IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

    NEIL S. ROSOLINSKY, an attorney duly admitted to practice law in the State of New York, declares the following, under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney at Reed Smith LLP, counsel for Defendant Bosch Rexroth in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's Motion to Admit TIMOTHY J. CORNETTI as counsel pro hac vice to represent Defendant Bosch Rexroth in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2001. I am also admitted to the bar of the United States District Court for the Southern, Eastern, Northern and Western Districts of New York, and the U.S. Court of Appeals for the Second Circuit, and am in good standing with each of these Courts.

3. I have known TIMOTHY J. CORNETTI since 2005.

4. TIMOTHY J. CORNETTI is an attorney at Reed Smith, LLP in Pittsburgh, Pennsylvania.

5. Mr. Cornetti is a member in good standing of the Bar of Pennsylvania. A certificate of good standing for that State Court is attached hereto as Exhibit "A."

6. I have found TIMOTHY J. CORNETTI to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

7. Accordingly, I am pleased to move the admission of TIMOTHY J. CORNETTI, pro hac vice.

8. Upon the foregoing facts, I respectfully submit a proposed Order granting the admission of TIMOTHY J. CORNETTI, pro hac vice, which is attached hereto as Exhibit "B.".

- 2 -

9.  I declare that the foregoing is true and correct to the best of my knowledge under the penalty of perjury pursuant to the laws of the United States. Executed on the 29th day of February 2008.

> Respectfully submitted,
>
> _____
> Neil S. Rosolinsky (NR 1869)
>
> REED SMITH LLP
> 599 Lexington Avenue
> New York, NY 10022
> Telephone: (212) 549-0391
> Fax: (212) 521-5400



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Timothy J. Cornetti, Esq.*

**DATE OF ADMISSION**

*December 4, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: February 28, 2008**

John A. Vaskov, Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRODUCTION RESOURCE GROUP L.L.C.,
                Plaintiff                      Index No. 07 CV 2936 (PKC)
  - against-

BOSCH REXROTH CORPORATION,
                Defendant.          **ORDER FOR ADMISSION PRO HAC**
                                                        **VICE ON WRITTEN NOTICE**
------------------------------------------------------------x

       Upon the motion of Neil S. Rosolinsky, attorney for Defendant Bosch Rexroth, and said sponsor attorney's declaration in support;

       IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Timothy J. Cornetti |
| Firm Name: | Reed Smith LLP |
| Address: | 435 Sixth Avenue |
| City/State/Zip: | Pittsburgh, PA  15219 |
| Phone Number: | (412) 288-3169 |
| Fax Number: | (412) 288-3063 |

is admitted to practice pro hac vice as counsel for Defendant Bosch Rexroth in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password as nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of Court.

- 2 -

Dated: _____
      New York, New York

      _____
      United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRODUCTION RESOURCE GROUP L.L.C.,
                Plaintiff                          Index No. 07 CV 2936 (PKC)

  - against-

BOSCH REXROTH CORPORATION,
                Defendant.

------------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Joseph B. Teig, being over the age of 18 and not a party to this action, hereby certify that on March 3, 2008 I caused the annexed MOTION TO ADMIT COUNSEL PRO HAC VICE and DECLARATION OF NEIL S. ROSILINSKY IN SUPPORT to be served upon counsel for Plaintiff via United States Mail – First Class by causing an envelope containing said papers with sufficient postage to effect delivery to be deposited in an official depository addressed as follows:

        Neil G. Marantz, Esq.
        Atlas & Marantz LLP
        143 Madison Avenue
        New York, NY  10016

_____
Joseph B. Teig