```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PRODUCTION RESOURCE GROUP L.L.C.,
                Plaintiff                 Index No. 07 CV 2936 (PKC)

   - against-

BOSCH REXROTH CORPORATION,
                Defendant.       **ORDER FOR ADMISSION PRO HAC**
                                                             **VICE ON WRITTEN NOTICE**
----------------------------------------------------------x

      Upon the motion of Neil S. Rosolinsky, attorney for Defendant Bosch Rexroth, and said sponsor attorney's declaration in support;

      IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Timothy J. Cornetti |
| Firm Name: | Reed Smith LLP |
| Address: | 435 Sixth Avenue |
| City/State/Zip: | Pittsburgh, PA 15219 |
| Phone Number: | (412) 288-3169 |
| Fax Number: | (412) 288-3063 |

is admitted to practice pro hac vice as counsel for Defendant Bosch Rexroth in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password as nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 3-6-08

New York, New York

_____
United States District Judge