UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Production Resource Group LLC

                        Plaintiff(s),

     - against -

Bosch Rexroth Corp

                        Defendant(s).
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08
```

07 Civ. 2936 (PKC)

REVISED CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

The Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to 6/3/08.

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to 8/22/08.

3. Other directions to the parties: Parties should continue to confer on the issue relating to discovery from Rexroth Hydraudyne B.V.

4. The next Case Management Conference [the Final Pretrial Conference] will be held on June 13, 2008 at 10:45 am/pm. Any conference scheduled for a date prior thereto is adjourned.

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Order, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
April 10, 2008