```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PRODUCTION RESOURCE GROUPL LLC,
                              Plaintiff,

                -against-

BOSCH REXROTH CORP..
                              Defendant.
-----------------------------------------------------------x

07 Civ. 2936(PKC)

ORDER

P. KEVIN CASTEL, District Judge:

   I have defendant's discovery dispute letter of May 7. I do not have the document requests and interrogatories and thus cannot determine whether they are reasonable. I do have plaintiff's letter of May 7 but it offers no explanation why suits or claims for damages arising out of the same construction project ought not be discoverable (putting aside issues of admissibility.)

   Mr. Cornetti is directed to telephone Mr. Marantz upon receipt of this Order to arrange a face to face, meet and confer session for no less than one hour in a good faith attempt to resolve or narrow this and any other outstanding discovery disputes. Thereafter, if the disputes have not been resolved, counsel for the parties are directed to submit a joint letter (the "Joint Letter") no later than May 19, 2008 (1) certifying that they have complied with the foregoing meet and confer requirement; (2) stating each side's position on the disputed issues; and (3) setting forth the specific relief each side seeks, together with any citations to case law support. The text of the discovery requests and the objections, if any, should be submitted with the Joint Letter. I will either decide the issue on the basis of the Joint Letter, schedule a hearing or conference to resolve the disputes or direct the filing of a formal motion and briefing. This procedure governs all future disputes.

SO ORDERED.

                                                      _____
                                                      P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
        May 7, 2008