```
                                        ┌─────────────────────────┐
                                        │ USDS SDNY               │
                                        │ DOCUMENT                │
UNITED STATES DISTRICT COURT            │ ELECTRONICALLY FILED    │
SOUTHERN DISTRICT OF NEW YORK           │ DOC #: _____  │
---------------------------------------x│ DATE FILED: 5/20/08     │
                                        └─────────────────────────┘
Production Resource Group
                     LLC

             Plaintiff(s),

        - against -                         07 Civ. 2936 (PKC)

Bosch Rexroth Corp.                         FURTHER
                                            REVISED CIVIL CASE MANAGEMENT
                                            PLAN AND SCHEDULING ORDER

             Defendant(s).

---------------------------------------x
```

The **Revised** Civil Case Management Plan and Scheduling Order is modified as follows:

1. The date in paragraph 5 thereof for the completion of all <u>fact</u> discovery is extended to July 11, 2008.

2. The date in paragraph 7 thereof for the completion of all <u>expert</u> discovery is extended to September 22, 2008.

3. Other directions to the parties: The agreements set forth in the letter of May 19, 2008 jointly submitted are adopted as the Order of the Court.

4. The next Case Management Conference [the Final Pretrial Conference] will be held on July 18, 2008 at 10:00 am/pm. ~~Any~~ The conference scheduled for ~~a date prior thereto~~ June 13, 2008 is adjourned.

5. In all other respects the preexisting Civil Case Management Plan and Scheduling Orders, except insofar as it may have been previously modified by Order of this Court, remain in full force and effect.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       May 20, 2008